UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 20-cr-37-01-SM |
| v. ) | |
| ) | |
| MICHAEL MESSINA ) | |
| ) | |

# INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing Controlled Substances]**

On or about June 3, 2019, in the District of New Hampshire, the defendant,

**MICHAEL MESSINA,**

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing Controlled Substances]**

On or about June 4, 2019, in the District of New Hampshire, the defendant,

**MICHAEL MESSINA,**

did knowingly and intentionally distribute a controlled substance, specifically, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: March 4, 2020

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney

By: /s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney