**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 1:20-cr-37-01-SM** |
| | ) | |
| **MICHAEL MESSINA** | ) | |

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Indictment against the above-named defendant having been filed in the above-entitled case on the 4th day of March, 2020.

This 4th day of March, 2020.

SCOTT W. MURRAY
United States Attorney

/s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney

SUMMONS ISSUED: ______________________