AO 83 (Rev. 06/09) Summons in a Criminal Case

2020 MAR 13 AM 9:01

FILED

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

United States of America
v.
MICHAEL MESSINA

*Defendant*

Case No. 20-cr- 37-01-SM

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: B<br>Date and Time: 3/19/2020 @ 2:30 p.m. |

This offense is briefly described as follows:

21 USC §§841(a)(1) & 841(b)(1)(C) Distributing a Controlled Substance
21 USC §§841(a)(1) & 841(b)(1)(C) Distributing a Controlled Substance

RECEIVED
MAR 05 2020
US MARSHALS SERVICE

Date: 3/5/2020

Kathy DuPont
*Issuing officer's signature*

Kathy DuPont, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 3-13-2020

[signature]
*Server's signature*

[illegible] - DUSM
*Printed name and title*